UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND
and SCOTT REDMAN (in his capacity as Trustee),

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION FUND,

WISCONSIN LABORERS HEALTH FUND, BUILDING
& PUBLIC WORKS LABORERS VACATION FUND,
WISCONSIN LABORERS APPRENTICESHIP AND
TRAINING FUND, WISCONSIN LABORERS
INDUSTRY ADVANCEMENT PROGRAM FUND and
JOHN J. SCHMITT (in his capacity as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

        Plaintiffs,

v.                                  Case No. 14-cv-265

DON PRAEGER & SONS, INC. AND
DONALD F. PRAEGER, JR.

        Defendants.

---

ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT DON PRAEGER & SONS, INC.

---

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1. Defendant Don Praeger & Sons, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Don Praeger & Sons, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, interest, liquidated damages, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $16,686.87.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, Building Trades United Pension Trust Fund, Scott Redman, Industry Advancement Program/Contract Administration Fund, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, Wisconsin Laborers Apprenticeship and Training Fund, Wisconsin Laborers Industry Advancement Program Fund, John J. Schmitt, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and Wisconsin Laborers District Council recover from the Defendant Don Praeger & Sons, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant Don Praeger & Sons, Inc. in the amount of $16,686.87 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 30th day of July, 2014.

*Peter A. Oppeneer*
Clerk of Court

[signature]
Deputy Clerk

Dated and approved as to form this 30th day of July, 2014.

BY THE COURT:

*Barbara B. Crabb*
U. S. District Court Judge